UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| SUSAN A. HERTEL, | ) | Case No. 05-63018-PSH |
| | ) | |
| Debtor. | ) | Hon. Pamela S. Hollis |

**Trustee's Final Report**

To: The Honorable Pamela S. Hollis
United States Bankruptcy Judge

NOW COMES Joseph A. Baldi, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report in accordance with 11 U.S.C. §704(9).

1. The Petition commencing this case was filed on October 16, 2005. Joseph A. Baldi, Trustee was appointed Trustee on the October 16, 2005. The Trustee's bond in this case is included as part of the Trustee's blanket bond coverage.

2. The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee has not found it advisable to oppose the Debtor's discharge. The trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3. The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is $0.00. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4. A summary of the trustee's final account as of October 30, 2007 is as follows:

    a. RECEIPTS (See Exhibit C)     $4,062.37
    b. DISBURSEMENTS (See Exhibit C)     $3.38
    c. NET CASH available for distribution     $4,058.99
    d. TRUSTEE/PROFESSIONAL COSTS:
        1. Trustee compensation requested     $1,015.59
        2. Trustee expenses     $0.00
        3. Compensation requested by attorney for trustee
            (a.) Joseph A. Baldi & Associates, P.C.     $695.00
            *Attorney for Trustee Fees (Trustee Firm)*

5. The Bar Date for filing unsecured claims expired on May 30, 2006.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee (Exhibit D). The actual dollar amount of claims allowed and/or requested for this estate is as follows:

| | | |
|---|---|---:|
| a. | Allowed unpaid secured claims | $0.00 |
| b. | Chapter 7 administrative claims and 28 U.S.C. §1930 claims | $1,710.59 |
| c. | Allowed Chapter 11 administrative claims | $0.00 |
| d. | Allowed priority claims | $0.00 |
| e. | Allowed unsecured claims | $57,848.83 |

7. Trustee proposes that unsecured creditors receive a distribution of 4.06% of allowed claims.

8. The compensation previously awarded to Trustee's counsel, accountants or other professionals, and the compensation requested but not yet allowed is as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE<br>*Trustee Compensation* | $0.00 | $1,015.59 | $0.00 |
| JOSEPH A. BALDI & ASSOCIATES, P.C.<br>*Attorneys for Trustee* | $0.00 | $695.00 | $0.00 |

9. A fee of $400.00 was paid to Debtor's Counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE,** the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report, and for such other relief as the Court shall deem proper.

Respectfully Submitted

DATE: October 30, 2007         /s/
Joseph A. Baldi, Trustee
19 South LaSalle Street, Suite 1500
Chicago, IL 60603

Susan A. Hertel, Debtor
Case No. 05-63018

Tasks Completed by Trustee

Exhibit A

# EXHIBIT A
## TASKS PERFORMED BY TRUSTEE

The Trustee reviewed the Debtor's Schedule of Assets and Liabilities and Statements of Financial Affairs. The Trustee conducted an examination of the Debtor at the Section 341 meeting of creditors.

A. Trustee took control of the cash in the Debtor's bank account and recovered gross proceeds of $4,000.00 for the benefit of the Estate; Trustee otherwise examined remaining assets of the Estate for potential liquation value, Trustee determined that there were no additional assets of value to the Estate;

B. Trustee invested and accounted for all funds received by the Estate and set up and maintained all bank accounts for the Estate;

C. Trustee set up and maintained a computerized case management system for the Estate in order to efficiently keep track of records relating to the Estate's case history, assets, claims and banking activities;

D. Trustee prepared semi-annual reports required by the United States Trustee and met with representatives of the U.S. Trustee regarding the administration and status of the case;

E. Trustee examined proofs of claim filed against the Estate; and

F. Trustee otherwise administered this Estate and directed the allocation, liquidation and distribution of assets to creditors herein.

Trustee's Final Report

Susan A. Hertel, Debtor
Case No. 05-63018

Form I

Individual Estate Property Record and Report

Exhibit B

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

| Case No: | 05-63018 | PSH | Judge: Pamela S. Hollis |
|---|---|---|---|
| Case Name: | HERTEL, SUSAN A. | | |
| For Period Ending: | 10/30/07 | | |

| Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|
| Date Filed (f) or Converted (c): | 10/16/05 (f) |
| 341(a) Meeting Date: | 02/24/06 |
| Claims Bar Date: | 05/30/06 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. Bank Accounts | 6,400.00 | 4,000.00 | | 4,000.00 | FA | 0.00 | 2,000.00 |
| 2. Post-Petition Interest Deposits (u) | Unknown | N/A | | 62.37 | Unknown | 0.00 | 0.00 |
| 3. VOID (u) | Unknown | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 4. HOUSEHOLD GOODS | 400.00 | 400.00 | | 0.00 | FA | 0.00 | 0.00 |
| 5. Books and Art Objects | 100.00 | 100.00 | | 0.00 | FA | 0.00 | 0.00 |
| 6. Wearing Apparel | 800.00 | 0.00 | | 0.00 | FA | 0.00 | 800.00 |
| 7. Furs & Jewelry | 200.00 | 200.00 | | 0.00 | FA | 0.00 | 0.00 |
| 8. Automobiles and Other Vehicles | 3,515.00 | 0.00 | | 0.00 | FA | 5,226.00 | 0.00 |
| 9. Automobiles and Other Vehicles | 1,590.00 | 390.00 | | 0.00 | FA | 0.00 | 1,200.00 |
| TOTALS (Excluding Unknown Values) | $13,005.00 | $5,090.00 | | $4,062.37 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) | $5,226.00 | $4,000.00 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Recovered $4,000 from D's bank account; Set bar date. Willl review claims and file final report.

Initial Projected Date of Final Report (TFR): 12/31/07    Current Projected Date of Final Report (TFR): 12/31/07

LFORM1EX

Ver: 12.60b

Form II

Estate Cash Receipts and Disbursements Record

Exhibit C

FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page 1

| Case No | 05-63018 -PSH | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | HERTEL, SUSAN A. | Bank Name: | Bank of America, N A |
| | | Account Number / CD # | *******0407 Interest earning MMA Account |
| Taxpayer ID No: | *******4679 | | |
| For Period Ending: | 10/17/07 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/02/06 | 1 | Susan Hertel<br>1418 Brummel Street<br>Evanston IL 60202 | DEBTOR'S BANK ACCOUNT | 1129-000 | 4,000.00 | | 4,000.00 |
| 03/31/06 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 2.62 | | 4,002.62 |
| 04/28/06 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 3.28 | | 4,005.90 |
| 05/31/06 | 2 | Bank of America, N A | Interest Rate 1.000 | 1270-000 | 3.41 | | 4,009.31 |
| 06/30/06 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 3.30 | | 4,012.61 |
| 07/31/06 | 2 | Bank of America, N A | Interest Rate 1.000 | 1270-000 | 3.41 | | 4,016.02 |
| 08/31/06 | 2 | Bank of America, N A | Interest Rate 1.000 | 1270-000 | 3.41 | | 4,019.43 |
| 09/29/06 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 3.30 | | 4,022.73 |
| 10/31/06 | 2 | Bank of America, N A | Interest Rate 1.000 | 1270-000 | 3.42 | | 4,026.15 |
| 11/30/06 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 3.31 | | 4,029.46 |
| 12/29/06 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 3.42 | | 4,032.88 |
| 01/31/07 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 3.43 | | 4,036.31 |
| 02/20/07 | | Transfer to Acct #*******0834 | Bank Funds Transfer | 9999-000 | | 3.38 | 4,032.93 |
| 02/28/07 | 2 | Bank of America, N A | Interest Rate 1.000 | 1270-000 | 3.10 | | 4,036.03 |
| 03/30/07 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 3.43 | | 4,039.46 |
| 04/30/07 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 3.32 | | 4,042.78 |
| 05/31/07 | 2 | Bank of America, N A | Interest Rate 1.000 | 1270-000 | 3.43 | | 4,046.21 |
| 06/29/07 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 3.32 | | 4,049.53 |
| 07/31/07 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 3.44 | | 4,052.97 |
| 08/31/07 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 3.44 | | 4,056.41 |
| 09/28/07 | 2 | Bank of America, N.A. | Interest Rate 0.750 | 1270-000 | 2.58 | | 4,058.99 |

Page Subtotals        4,062.37        3.38

Ver: 12.60a
LFORM24

FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

| Case No | 05-63018 -PSH | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name | HERTEL, SUSAN A. | Bank Name: | Bank of America, N A |
| | | Account Number / CD #: | *******0407 Interest earning MMA Account |
| Taxpayer ID No: | *******4679 | | |
| For Period Ending | 10/17/07 | Blanket Bond (per case limit) | $ 5,000,000.00 |
| | | Separate Bond (if applicable) | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | COLUMN TOTALS | | | 4,062.37 | 3.38 | 4,058.99 |
| | | Less: Bank Transfers/CD's | | | 0.00 | 3.38 | |
| | | Subtotal | | | 4,062.37 | 0.00 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | Net | | | 4,062.37 | 0.00 | |

Page Subtotals    0.00    0.00

LFORM24    Ver: 12.60a

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

| Case No: | 05-63018 -PSH | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | HERTEL, SUSAN A. | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******0834 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4679 | | |
| For Period Ending: | 10/17/07 | Blanket Bond (per case limit) | $ 5,000,000.00 |
| | | Separate Bond (if applicable) | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/20/07 | | Transfer from Acct #*******0407 | Bank Funds Transfer | 9999-000 | 3.38 | | 3.38 |
| 02/20/07 | 001001 | International Sureties, Ltd. Suite 500 203 Carondelet Street New Orleans LA 70130 | | 2300-000 | | 3.38 | 0.00 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | 3.38 | 3.38 | 0.00 |
| Less: Bank Transfers/CD's | 3.38 | 0.00 | |
| Subtotal | 0.00 | 3.38 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 3.38 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Interest earning MMA Account - *******0407 | 4,062.37 | 0.00 | 4,058.99 |
| Checking Account (Non-Interest Earn - *******0834 | 0.00 | 3.38 | 0.00 |
| | 4,062.37 | 3.38 | 4,058.99 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    3.38    3.38

Ver: 12.60a

LFORM24

**Trustee's Final Report**

Susan A. Hertel, Debtor
Case No. 05-63018

**Proposed Distribution Report**

**Exhibit D**

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| SUSAN A. HERTEL, | ) | Case No. 05-63018-PSH |
| | ) | |
| Debtor. | ) | Hon. Pamela S. Hollis |

## PROPOSED DISTRIBUTION REPORT

I, Joseph A. Baldi, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

**SUMMARY OF DISTRIBUTION:**

| | |
|---|---:|
| Chapter 7 Administrative Expenses: | $1,710.59 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $2,348.40 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $4,058.99 |

**EXHIBIT D**

REPORT OF DISTRIBUTION - CONT'D

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $1,710.59 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | Joseph A. Baldi, Trustee *Trustee Compensation* | $1,015.59 | $1,015.59 |
| | Joseph A. Baldi & Associates, P.C. *Attorney for Trustee Fees (Trustee Firm)* | $695.00 | $695.00 |
| | **CLASS TOTALS** | **$1,710.59** | **$1,710.59** |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 0.00 | 0.00 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00 |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,925.00 | $ 0.00 | 0.00 |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Contributions Employee Benefit Plans | $ 0.00 | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Deposits of consumers to the extent of $2,225 | $ 0.00 | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Alimony, Maintenance and Support | $ 0.00 | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Secured Tax Lien Claims | $ 0.00 | 0.00 |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Unsecured Tax Claims excluding fines and penalties | $ 0.00 | 0.00 |

EXHIBIT D

**DISTRIBUTION REPORT**  **PAGE 4 of 5**

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---:|---:|
| §507(a)(9) - Capital Commitments to Federal Depository Institutions | $ 0.00 | 0.00 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---:|---:|
| §726(a)(2) - General Unsecured Claims To be paid prorata after costs of administration and priority claims are paid in full | $ 57,848.83 | 4.06 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---:|---:|
| 000001 | Marshall Fields  *Payments to Unsecured Credit Card Holders* | $351.03 | $14.25 |
| 000002 | American Express Centurion Bank  *Payments to Unsecured Credit Card Holders* | $800.55 | $32.50 |
| 000003 | American Express Centurion Bank  *Payments to Unsecured Credit Card Holders* | $15,462.88 | $627.72 |
| 000004 | American Express Travel Related Ser  *Payments to Unsecured Credit Card Holders* | $7,328.69 | $297.51 |
| 000005 | Citibank (South Dakota) N A  *Payments to Unsecured Credit Card Holders* | $235.60 | $9.56 |
| 000006 | Citibank (South Dakota) N A  *Payments to Unsecured Credit Card Holders* | $7,079.57 | $287.40 |
| 000007 | Citibank (South Dakota) N A  *Payments to Unsecured Credit Card Holders* | $8,197.69 | $332.79 |
| 000008 | MBNS America Bank N A  *Payments to Unsecured Credit Card Holders* | $18,392.82 | $746.67 |
| | **CLASS TOTALS** | **$57,848.83** | **$2,348.40** |

EXHIBIT D

**DISTRIBUTION REPORT** **PAGE 5 of 5**

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Tardily filed unsecured claims | $ 0.00 | 0.00 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(4) - Fines/penalties | $ 0.00 | 0.00 |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | 0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | 0.00 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| | | | | |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: __October 30, 2007__          /s/ _____
                                      Joseph A. Baldi, Trustee

**EXHIBIT D**