UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| SUSAN A. HERTEL, | ) | Case No. 05-63018-PSH |
| | ) | |
| Debtor. | ) | Hon. Pamela S. Hollis |

### Order Awarding Compensation to Trustee's Attorneys

THIS MATTER BEING HEARD on the First and Final Request for Compensation from Joseph A. Baldi & Associates, P.C., Attorneys for Trustee, notice having been given, and the Court being duly advised:

IT IS HEREBY ORDERED that Joseph A. Baldi & Associates, P.C. is allowed compensation as follows;

1. Compensation         $695.00

   TOTAL         $695.00

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowance listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____

ENTERED: _____
UNITED STATES BANKRUPTCY JUDGE