UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| SUSAN A. HERTEL, | ) | Case No. 05-63018-PSH |
| | ) | |
| Debtor. | ) | Hon. Pamela S. Hollis |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment of Property by the Trustee**

To the Debtor, Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:   U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 644, Chicago, IL 60604

    On: **January 8, 2008**          Time: **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    Receipts                                                                $4,062.37

    Disbursements                                                               $3.38

    Net Cash Available for Distribution                                     $4,058.99

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE *Trustee Compensation* | $0.00 | $1,015.59 | $0.00 |
| JOSEPH A. BALDI & ASSOCIATES, P.C. *Attorney for Trustee* | $0.00 | $695.00 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows: NONE

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are: NONE

7. Claims of general unsecured creditors totaling $57,848.83 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 4.06%.

Allowed general unsecured claims are as follows:

| Claim No | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Marshall Fields | $351.03 | $14.25 |
| 000002 | American Express Centurion Bank | $800.55 | $32.50 |
| 000003 | American Express Centurion Bank | $15,462.88 | $627.72 |
| 000004 | American Express Travel Related Ser | $7,328.69 | $297.51 |
| 000005 | Citibank (South Dakota) N A | $235.60 | $9.56 |
| 000006 | Citibank (South Dakota) N A | $7,079.57 | $287.40 |
| 000007 | Citibank (South Dakota) N A | $8,197.69 | $332.79 |
| 000008 | MBNA America Bank N A | $18,392.82 | $746.67 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| NONE | |

Dated: **December 10, 2007**    For the Court,

By:  **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn, 7th Floor
Chicago, Illinois  60604

Trustee:    Joseph A. Baldi
Address:    19 South LaSalle Street, Suite 1500
            Chicago, IL  60603
Phone No.:  (312) 726-8150

BAE SYSTEMS
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

8018   Doc 26   Filed 12/10/07   Entered 12/13/07 00:33:43   Desc Imaged
Certificate of Service   Page 3 of 3

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7                Page 1 of 1          Date Rcvd: Dec 10, 2007
Case: 05-63018                Form ID: pdf002            Total Served: 16


The following entities were served by first class mail on Dec 12, 2007.
db           +Susan A. Hertel,   1418 Brummel,   Evanston, IL 60202-4805
aty          +Donna B Wallace,   Joseph A Baldi & Associates, PC,   19 S Lasalle Street Suite 1500,
               Chicago, IL 60603-1413
aty          +Joseph P Doyle,   Law Office of Joseph P Doyle,   105 S Roselle Road,   Suite 203,
               Schaumburg, IL 60193-1631
tr           +Joseph A Baldi,, Tr,   Joseph Baldi & Associates,   19 S Lasalle Street Suite 1500,
               Chicago, IL 60603-1413
10404627      American Express Centurion Bank,   c/o Becket and Lee LLP,   P O Box 3001,
               Malvern, PA 19355-0701
10404628      American Express Travel Related Services Co Inc,   c/o Becket and Lee LLP,   P O Box 3001,
               Malvern, PA 19355-0701
10404625     +Amex,   Po Box 297871,   Fort Lauderdale, FL 33329-7871
10404629     +Bp/Citi,   Po Box 6003,   Hagerstown, MD 21747-6003
10404630     +Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
10754780     +Citibank (South Dakota) N A,   Citibank/Choice,   Exeception Payment Processing,   P O BOX 6305,
               The Lakes, NV 88901-6305
10754728     +Citibank (South Dakota) N A,   Assoc/BP Amoco Payment Center,   4740 121st Street,
               Urbandale IA 50323-2402
10404631     +Harris N A,   Po Box 94034,   Palatine, IL 60094-4034
10404632     +Marshall Fields,   111 Boulder Industrial D,   Bridgeton, MO 63044-1241
10404633     +Mbna America Bank N  A,   Mailstop DES-014-02-03,   P O BOX 15168,   Wilmington DE 19850-5168
10404634     +National City Card Ser,   1 National City Pkwy,   Kalamazoo, MI 49009-8002
10404635     +Unvl/Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241

The following entities were served by electronic transmission.
NONE.                                                                                        TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Joseph A Baldi,, Tr,   Joseph Baldi & Associates,   19 S Lasalle Street Suite 1500,
               Chicago, IL 60603-1413
10404626*    +Amex,   Po Box 297871,   Fort Lauderdale, FL 33329-7871
                                                                                              TOTALS: 0, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 12, 2007**          **Signature:** _Joseph Speetjens_