UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Susan A. Hertel, | ) | Hon. Pamela S. Hollis |
| | ) | |
| Debtor. | ) | Case No. 05-63018 |

**Trustee's Final Account
and
Application to Close Case and Discharge Trustee**

To: The Honorable Pamela S. Hollis
   United States Bankruptcy Judge

　　Final distribution of all monies has been made in accordance with the Orders Awarding Compensation and Expenses and the Trustee's Distribution Report, copies of which are attached hereto as Exhibit A and Exhibit B, respectively.

　　All checks have been cashed. Evidence of all cancelled checks since the filing of the Trustee's Final Report is set forth on the Form 2 Report attached hereto as Exhibit C. Form 2 also reflects a net total balance of zero for this estate.

　　The Trustee certifies that the estate has been fully administered and requests that he be discharged and that the case be closed pursuant to 11 U.S.C. §350.

Dated: February 8, 2008                         /s/
                                    _____
                                    Joseph A. Baldi, Trustee

# Exhibit A

# Compensation Orders

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| SUSAN A. HERTEL, | ) | Case No. 05-63018-PSH |
| | ) | |
| Debtor. | ) | Hon. Pamela S. Hollis |

### Order Awarding Trustee's Compensation

THIS MATTER BEING HEARD on the Trustee's First and Final Request for Compensation, notice having been given, and the Court being duly advised:

IT IS HEREBY ORDERED that Joseph A. Baldi, Trustee is allowed compensation and expense reimbursement as follows;

Compensation     $1,015.59

TOTAL     $1,015.59

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowance listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____

ENTERED: _____
UNITED STATES BANKRUPTCY JUDGE    JAN - 8 2008

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| SUSAN A. HERTEL, | ) | Case No. 05-63018-PSH |
| | ) | |
| Debtor. | ) | Hon. Pamela S. Hollis |

### Order Awarding Compensation to Trustee's Attorneys

THIS MATTER BEING HEARD on the First and Final Request for Compensation from Joseph A. Baldi & Associates, P.C., Attorneys for Trustee, notice having been given, and the Court being duly advised:

IT IS HEREBY ORDERED that Joseph A. Baldi & Associates, P.C. is allowed compensation as follows:

1. Compensation      $695.00


    TOTAL         $695.00

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowance listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____


ENTERED: _____
UNITED STATES BANKRUPTCY JUDGE

JAN - 8 2008

# Exhibit B

# Distribution Report

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Susan A. Hertel, | ) | Case No. 05-63018 |
| | ) | |
| Debtor. | ) | Hon. Pamela S. Hollis |

### Trustee's Final Distribution Report

I, Joseph A. Baldi, Trustee, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

**Summary Of Distribution:**

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $1,710.59 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $2,355.60 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| **Total Amount To Be Distributed:** | **$4,066.19** |

## REPORT OF DISTRIBUTION - CONT'D

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $1,710.59 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | Joseph A. Baldi, Trustee *Trustee Compensation* | $1,015.59 | $1,015.59 |
| | Joseph A. Baldi & Associates, P.C. *Attorney for Trustee Fees* | $695.00 | $695.00 |
| | **CLASS TOTALS** | **$1,710.59** | **$1,710.59** |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 0.00 | 0.00 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00 |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,925.00 | $ 0.00 | 0.00 |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Contributions Employee Benefit Plans | $ 0.00 | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Deposits of consumers to the extent of $2,225 | $ 0.00 | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Alimony, Maintenance and Support | $ 0.00 | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Secured Tax Lien Claims | $ 0.00 | 0.00 |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Unsecured Tax Claims excluding fines and penalties | $ 0.00 | 0.00 |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to Federal Depository Institutions | $ 0.00 | 0.00 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Unsecured Claims To be paid prorata after costs of administration and priority claims are paid in full | $ 57,848.83 | 4.07 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000001 | Marshall Fields<br>*Payments to Unsecured Credit Card Holders* | $351.03 | $14.29 |
| 000002 | American Express Centurion Bank<br>*Payments to Unsecured Credit Card Holders* | $800.55 | $32.60 |
| 000003 | American Express Centurion Bank<br>*Payments to Unsecured Credit Card Holders* | $15,462.88 | $629.65 |
| 000004 | American Express Travel Related Ser<br>*Payments to Unsecured Credit Card Holders* | $7,328.69 | $298.42 |
| 000005 | Citibank (South Dakota) N A<br>*Payments to Unsecured Credit Card Holders* | $235.60 | $9.59 |
| 000006 | Citibank (South Dakota) N A<br>*Payments to Unsecured Credit Card Holders* | $7,079.57 | $288.28 |
| 000007 | Citibank (South Dakota) N A<br>*Payments to Unsecured Credit Card Holders* | $8,197.69 | $333.81 |
| 000008 | MBNS America Bank N A<br>*Payments to Unsecured Credit Card Holders* | $18,392.82 | $748.96 |
| | **CLASS TOTALS** | **$57,848.83** | **$2,355.60** |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Tardily filed unsecured claims | $ 0.00 | 0.00 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(4) - Fines/penalties | $ 0.00 | 0.00 |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | 0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | 0.00 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|

None.

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: January 10, 2008                              /s/ Joseph Baldi, trustee

# Exhibit C

# Form 2
# Estate Cash Receipts and Disbursements Record

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| Case No: | 05-63018 -PSH | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | HERTEL, SUSAN A. | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******0407 Interest earning MMA Account |
| Taxpayer ID No: | *******4679 | | | |
| For Period Ending: | 04/08/08 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C 03/02/06 | | Susan Hertel<br>1418 Brummel Street<br>Evanston IL 60202 | DEBTOR'S BANK ACCOUNT | 1129-000 | 4,000.00 | | 4,000.00 |
| 03/02/06 | 1 | Asset Sales Memo: | Bank Accounts $4,000.00 | | | | 4,000.00 |
| C 03/31/06 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 2.62 | | 4,002.62 |
| C 04/28/06 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 3.28 | | 4,005.90 |
| C 05/31/06 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 3.41 | | 4,009.31 |
| C 06/30/06 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 3.30 | | 4,012.61 |
| C 07/31/06 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 3.41 | | 4,016.02 |
| C 08/31/06 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 3.41 | | 4,019.43 |
| C 09/29/06 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 3.30 | | 4,022.73 |
| C 10/31/06 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 3.42 | | 4,026.15 |
| C 11/30/06 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 3.31 | | 4,029.46 |
| C 12/29/06 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 3.42 | | 4,032.88 |
| C 01/31/07 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 3.43 | | 4,036.31 |
| C t 02/20/07 | | Transfer to Acct #*******0834 | Bank Funds Transfer | 9999-000 | | 3.38 | 4,032.93 |
| C 02/28/07 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 3.10 | | 4,036.03 |
| C 03/30/07 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 3.43 | | 4,039.46 |
| C 04/30/07 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 3.32 | | 4,042.78 |
| C 05/31/07 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 3.43 | | 4,046.21 |
| C 06/29/07 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 3.32 | | 4,049.53 |
| C 07/31/07 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 3.44 | | 4,052.97 |
| C 08/31/07 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 3.44 | | 4,056.41 |
| C 09/28/07 | 2 | Bank of America, N.A. | Interest Rate 0.750 | 1270-000 | 2.58 | | 4,058.99 |
| C 10/31/07 | 2 | Bank of America, N.A. | Interest Rate 0.750 | 1270-000 | 2.59 | | 4,061.58 |
| C 11/30/07 | 2 | Bank of America, N.A. | Interest Rate 0.650 | 1270-000 | 2.17 | | 4,063.75 |
| C 12/31/07 | 2 | Bank of America, N.A. | Interest Rate 0.500 | 1270-000 | 1.94 | | 4,065.69 |
| C 01/10/08 | 2 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.50 | | 4,066.19 |
| C t 01/10/08 | | Transfer to Acct #*******0834 | Final Posting Transfer<br>Transfer funds for final distribution. ecb 1/10/08 | 9999-000 | | 4,066.19 | 0.00 |

LFORM2T4

Ver: 12.62a

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-63018 -PSH | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | HERTEL, SUSAN A. | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******0407 Interest earning MMA Account |
| Taxpayer ID No: | *******4679 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| For Period Ending: | 04/08/08 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

\* Reversed
t Funds Transfer
C Bank Cleared

| Account *******0407 | | Balance Forward | 0.00 | 0 | Checks | 0.00 |
|---|---|---|---|---|---|---|
| | 2 | Deposits | 4,000.00 | 0 | Adjustments Out | 0.00 |
| | 23 | Interest Postings | 69.57 | 2 | Transfers Out | 4,069.57 |
| | | Subtotal | $ 4,069.57 | | Total | $ 4,069.57 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 4,069.57 | | | |

LFORM2T4

Ver: 12.62a

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-63018 -PSH | Trustee Name: | Joseph A. Baldi, Trustee |
| --- | --- | --- | --- |
| Case Name: | HERTEL, SUSAN A. | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******0834 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4679 | | |
| For Period Ending: | 04/08/08 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C t 02/20/07 | | Transfer from Acct #*******0407 | Bank Funds Transfer | 9999-000 | 3.38 | | 3.38 |
| C 02/20/07 | 001001 | International Sureties, Ltd.<br>Suite 500<br>203 Carondelet Street<br>New Orleans LA 70130 | | 2300-000 | | 3.38 | 0.00 |
| C t 01/10/08 | | Transfer from Acct #*******0407 | Transfer In From MMA Account<br>Transfer funds for final distribution. ecb 1/10/08 | 9999-000 | 4,066.19 | | 4,066.19 |
| C 01/15/08 | 001002 | JOSEPH A. BALDI, as Trustee<br>Joseph A. Baldi & Associates<br>19 S. LaSalle Street<br>Suite 1500<br>Chicago, Illinois 60603 | | 2100-000 | | 1,015.59 | 3,050.60 |
| C 01/15/08 | 001003 | Joseph A. Baldi & Associates, P.C.<br>19 S. LaSalle St. #1500<br>Chicago IL 60603 | | 3110-000 | | 695.00 | 2,355.60 |
| C 01/15/08 | 001004 | Marshall Fields<br>111 Boulder Industrial D<br>Bridgeton, MO 63044 | Claim 000001, Payment 4.07% | 7100-900 | | 14.29 | 2,341.31 |
| C 01/15/08 | 001005 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>P O Box 3001<br>Malvern, PA 19355-0701 | Claim 000002, Payment 4.07% | 7100-900 | | 32.60 | 2,308.71 |
| C 01/15/08 | 001006 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>P O Box 3001<br>Malvern, PA 19355-0701 | Claim 000003, Payment 4.07% | 7100-900 | | 629.65 | 1,679.06 |
| C 01/15/08 | 001007 | American Express Travel Related Services Co Inc<br>c/o Becket and Lee LLP<br>P O Box 3001<br>Malvern, PA 19355-0701 | Claim 000004, Payment 4.07% | 7100-900 | | 298.42 | 1,380.64 |
| C 01/15/08 | 001008 | Citibank (South Dakota) N A | Claim 000005, Payment 4.07% | 7100-900 | | 9.59 | 1,371.05 |

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-63018 -PSH | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | HERTEL, SUSAN A. | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******0834 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4679 | | | |
| For Period Ending: | 04/08/08 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C 01/15/08 | 001009 | Assoc/BP Amoco Payment Center<br>4740 121st Street<br>Urbandale IA 50329<br>Citibank (South Dakota) N A<br>Citibank/Choice<br>Exeception Payment Processing<br>P O BOX 6305<br>The Lakes, NV 88901 | Claim 000006, Payment 4.07% | 7100-900 | | 288.28 | 1,082.77 |
| C 01/15/08 | 001010 | Citibank (South Dakota) N A<br>Citibank/Choice<br>Exeception Payment Processing<br>P O BOX 6305<br>The Lakes, NV 88901 | Claim 000007, Payment 4.07% | 7100-900 | | 333.81 | 748.96 |
| C 01/15/08 | 001011 | Mbna America Bank N A<br>Mailstop DES-014-02-03<br>P O BOX 15168<br>Wilmington DE 19850 | Claim 000008, Payment 4.07% | 7100-900 | | 748.96 | 0.00 |

\* Reversed
t Funds Transfer
C Bank Cleared

| Account *******0834 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| 0 | Deposits | 0.00 | 11 | Checks | 4,069.57 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ 0.00 | | | |
| 0 | Adjustments In | 0.00 | | Total | $ 4,069.57 |
| 2 | Transfers In | 4,069.57 | | | |
| | Total | $ 4,069.57 | | | |

LFORM2T4

Ver: 12.62a

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 05-63018 -PSH | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | HERTEL, SUSAN A. | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******0834 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4679 | | | |
| For Period Ending: | 04/08/08 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Report Totals | | Balance Forward | | 0.00 | | |
| | | 2 | Deposits | | 4,000.00 | 11 Checks | 4,069.57 |
| | | 23 | Interest Postings | | 69.57 | 0 Adjustments Out | 0.00 |
| | | | | | | 2 Transfers Out | 4,069.57 |
| | | | Subtotal | $ | 4,069.57 | | |
| | | | | | | Total $ | 8,139.14 |
| | | 0 | Adjustments In | | 0.00 | | |
| | | 2 | Transfers In | | 4,069.57 | | |
| | | | Total | $ | 8,139.14 | Net Total Balance $ | 0.00 |

LFORM2T4

Ver: 12.62a